**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: DAVID HANISCH  §   Case No. 10-76092
      KANDI HANISCH   §
                           §
         Debtors   §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/15/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/30/2011.

5) The case was dismissed on 08/26/2011.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,429.07.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,476.00 | |
| Less amount refunded to debtor | $ 2,476.00 | |
| **NET RECEIPTS** | | $ 0.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 1,425.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GILBERT R. DIZON, ATTORNEY AT | Lgl | 3,500.00 | 3,500.00 | 0.00 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Sec | 6,000.00 | 20,045.88 | 6,000.00 | 0.00 | 0.00 |
| HERITAGE CREDIT UNION | Sec | 10,000.00 | 8,483.83 | 8,483.83 | 0.00 | 0.00 |
| WINNEBAGO COUNTY COLLECTOR | Pri | 5,940.44 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 280.00 | 2,063.21 | 2,063.21 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 1,782.41 | NA | NA | 0.00 | 0.00 |
| ADVANCED CASH EXPRESS | Uns | 1,327.14 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 268.64 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 8,399.00 | 8,399.69 | 8,399.69 | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 346.48 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Uns | 739.72 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 4,476.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 2,304.00 | 2,622.84 | 2,622.84 | 0.00 | 0.00 |
| CREDITORS ALLIANCE INC | Uns | 1,058.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 146.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 179.10 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPARTMENT OF VETERANS | Uns | 789.67 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Uns | 1,222.59 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 1,753.00 | NA | NA | 0.00 | 0.00 |
| EURO PRO OPERATING LLC | Uns | 135.21 | NA | NA | 0.00 | 0.00 |
| FERRELLGAS | Uns | 535.27 | 186.74 | 186.74 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 727.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 166.95 | 166.95 | 166.95 | 0.00 | 0.00 |
| GINNY'S | Uns | 181.00 | 181.31 | 181.31 | 0.00 | 0.00 |
| GROUP ADMINISTRATORS LTD | Uns | 57,083.84 | NA | NA | 0.00 | 0.00 |
| HANSEN & HANSEN DDS LTD | Uns | 140.64 | NA | NA | 0.00 | 0.00 |
| J BEAMAN WELL CO | Uns | 1,050.00 | NA | NA | 0.00 | 0.00 |
| KEY FINANCIAL SERVICES | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| KEY FINANCIAL SERVICES | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 2,010.00 | 2,581.04 | 2,581.04 | 0.00 | 0.00 |
| MADISON VAMC 607 | Uns | 2,035.50 | NA | NA | 0.00 | 0.00 |
| MCA MANAGEMENT COMPANY | Uns | 444.41 | NA | NA | 0.00 | 0.00 |
| MERCY ASSISTED CARE INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| METRO MEDICAL SERVICES | Uns | 1,328.50 | NA | NA | 0.00 | 0.00 |
| METRO MEDICAL SERVICES | Uns | 1,302.50 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,104.00 | 1,104.04 | 1,104.04 | 0.00 | 0.00 |
| MIRACLE FINANCIAL | Uns | 157.20 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| THE NATIONAL BANK & TRUST CO | Uns | 6,028.00 | 9,386.87 | 9,386.87 | 0.00 | 0.00 |
| NATIONWIDE INSURANCE | Uns | 980.03 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 308.00 | 262.32 | 262.32 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 1,975.00 | 2,158.58 | 2,158.58 | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 41.75 | NA | NA | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 642.00 | 587.64 | 587.64 | 0.00 | 0.00 |
| RMS | Uns | 26.74 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 2,734.48 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 203.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 245.00 | 678.15 | 678.15 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ROCKFORD RADIOLOGY | Uns | 104.42 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 85.00 | 444.76 | 444.76 | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 413.00 | 413.84 | 413.84 | 0.00 | 0.00 |
| STRATHMAN VETERINARY | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Uns | 194.00 | 194.05 | 194.05 | 0.00 | 0.00 |
| THE CBE GROUP | Uns | 172.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 2,047.94 | 2,047.94 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 14,483.83 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 14,483.83 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 33,479.97 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>10/19/2011</u>         By:  <u>/s/ Lydia S. Meyer</u>
                                                Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.